UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LANYANG SHI,<br><br>        Plaintiff,<br><br>        v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | No. 5:23-cv-01847-FMO-SPx<br><br>**ORDER DISMISSING ACTION FOR MOOTNESS**<br><br>Hon. Fernando M. Olguin<br>United States District Judge |

    Having read and considered Defendants' Notice of Mootness of Action, and finding good cause therefore,

    IT IS HEREBY ORDERED that the action is dismissed on the grounds of mootness.


Dated: February 24, 2025                    /s/_____
                                    HONORABLE FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE